6-3-15

63,143-01

I am writing you in hopes that you will help me. I'm trying to file a 11.07 but I need answers. I filed a 11.07 before. Date 9-27-05. I need writ number, what court of criminal appeals, what was the decision and what was the date of the decision. I Really thank you for your time and help.

William Taylor #1323342

William Taylor

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JUN 08 2015

Abel Acosta, Clerk